In the Matter of the Appraisal of the Estate of WILLIAM H. VANDERBILT, Deceased, under the Act in Relation to Taxable Transfers of Property.

WILLIAM K. VANDERBILT et al., Appellants; THE COMPTROLLER OF THE CITY OF NEW YORK, Respondent.

*Matter of Vanderbilt*, 50 App. Div. 246, affirmed.
(Argued June 4, 1900; decided June 19, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, made April 16, 1900, affirming an order of the Surrogate's Court of New York county, denying a motion to have it adjudged that a

certain trust fund created under the will of William H. Vanderbilt, deceased, was not liable to a transfer tax.

*Henry B. Anderson* for appellants.

*Jabish Holmes, Jr.,* and *Edgar J. Levey* for respondent.

Order affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN, LANDON and CULLEN, JJ.